

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-23-01062-CR

**EX PARTE** Candido Ezequiel **MARTINEZ JIMENEZ**

From the County Court, Kinney County, Texas
Trial Court No. 13658CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED and LIFT the stay imposed on January 23, 2024.

SIGNED September 17, 2025.

_____
Rebeca C. Martinez, Chief Justice